Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 800
Los Angeles, CA  91436
T: (818) 200-1497; F: (818) 869-2208
Attorney for Plaintiff,
PIPER ZIV

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PIPER ZIV,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WESTSIDE RECOVERY SERVICES, LLC; LEONARD GILBERT d/b/a WESTSIDE RECOVERY SERVICES, LLC; LEONARD GILBERT, an individual;<br><br>　　　　　　Defendant. | Case No.: 2:15-cv-09992<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF A CASE WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

**PLEASE TAKE NOTICE** that the parties hereby stipulate, and jointly request, that the present proceeding be dismissed *with prejudice*.  Each party is to bear its own attorneys' fees and costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter may be dismissed with prejudice without an Order of the Court.

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED, |
| 2 | |
| 3 | Date: September 14, 2016 |
| 4 | By:*/s/ Matthew A. Rosenthal* |
| |     Matthew A. Rosenthal, Esq. |
| 5 |     Matt@westgatelaw.com |
| |     Westgate Law |
| 6 |     15760 Ventura Blvd., Suite 800 |
| |     Los Angeles, CA  91436 |
| 7 |     T: (818) 200-1497; |
| |     F: (818) 869-2208 |
| 8 |     Attorney for Plaintiff, |
| |     PIPER ZIV |

Date: September 14, 2016

By:*/s/ Matthew A. Rosenthal*
    Matthew A. Rosenthal, Esq.
    Matt@westgatelaw.com
    Westgate Law
    15760 Ventura Blvd., Suite 800
    Los Angeles, CA  91436
    T: (818) 200-1497;
    F: (818) 869-2208
    Attorney for Plaintiff,
    PIPER ZIV

By:*/s/Lloyd Douglas Dix*
    Lloyd Douglas Dix
    Dix Law, APLC
    22287 Mulholland Highway
    PMB 414
    Calabasas, CA 91302
    T: (818) 876-3000
    F: (818) 876-3030
    Attorney for Defendants,
    WESTSIDE RECOVERY
    SERVICES, LLC; LEONARD
    GILBERT d/b/a WESTSIDE
    RECOVERY SERVICES, LLC;
    LEONARD GILBERT, an individual